IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER SCOTT ATKINSON,

    Plaintiff,

  v.

Case No. 15-cv-386-wmc

A.C. BROE, K. GARSTKA, T. ROBERTS,
A. WEBER AND L.C. WARD,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/16/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |